IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INFINITY STONE CORPORATION, an Oregon corporation; KAARE O. ERICKSON, an individual; and PAUL F. LUNDGREN, an individual,<br><br>　　　　Defendants. | Case No. CV-1135-MO<br><br>ORDER TO DISMISS WITHOUT PREJUDICE |

　　Based on the Motion and Affidavit of Plaintiff's attorney and the records and files herein,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 - ORDER TO DISMISS WITHOUT PREJUDICE

1   IT IS HEREBY ORDERED that the above case is dismissed without prejudice as to
2   Defendant Kaare O. Erickson only.
3   DATED: February 27, 2007.

*Michael W. Mosman*
Honorable Michael W. Mosman

Respectfully submitted,

BRADLEY L. MIDDLETON, P.C.

_____
Bradley L. Middleton, OSB No. 89311
(503) 968-7487
(503) 968-6755 (Fax)
bradley@middletonpc.com
Of Attorneys for Plaintiff

mit\infinitystone\pleadings\ordertodismiss.020607

Page 2 - ORDER TO DISMISS WITHOUT PREJUDICE